AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    California

JENS ERIK SORENSEN, as Trustee of SORENSEN
RESEARCH AND DEVELOPMENT TRUST
v.

**APPEARANCE**

METABO CORPORATION, a Delaware Corporation;
METABOWERKE GMBH, a German Corporation; and
DOES 1 – 100

Case Number:  08cv304 BTM CAB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Jens Erik Sorensen, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST.
Plaintiff respectfully requests that all pleadings and other documents be addressed to his counsel as follows:
J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121
Telephone (858)362-3151
michael@kalerlaw.com

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 4, 2008 | _[signature]_ |
| Date | Signature |
| | J. Michael Kaler |SBN 158296 |
| | Print Name |Bar Number |
| | 9930 Mesa Rim Rd., Suite 200 | |
| | Address | |
| | San Diego |CA |92121 |
| | City |State |Zip Code |
| | 858-362-3150 |858-824-9073 |
| | Phone Number |Fax Number |

American LegalNet, Inc.
www.USCourtForms.com