MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

JEFFREY D. LEWIN
SULLIVAN HILL LEWIN REZ & ENGEL
550 West C Street, Suite 1500
San Diego, CA 92101
Telephone (619)595-3222
lewin@shlaw.com

Attorney for Defendant Metabo Corporation

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>METABO CORPORATION, a Delaware Corporation; METABOWERKE GMBH, a German Corporation; and DOES 1 – 100,<br><br>Defendants. | Case No. 08 cv 304 BTM CAB<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT METABO CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Hon. Barry Ted Moskowitz] |

1   On February 22, 2008, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") filed a Complaint for Patent Infringement against METABO CORPORATION, a Delaware Corporation, in the United States District Court for the Southern District of California, Case No. 3:08-cv-304-BTM-CAB.

According to Plaintiff, Defendant Metabo Corporation's response to the Complaint for Patent Infringement is due on March 24, 2008. Plaintiff has agreed to extend the deadline for Defendant Metabo Corporation to respond to Plaintiff's Complaint from March 24, 2008 to April 10, 2008.

## STIPULATION

Plaintiff and Defendant Metabo Corporation, by and through their respective counsel, hereby stipulate to and jointly move the Court to extend deadline for **Defendant Metabo Corporation** to respond to Plaintiff's Complaint for Patent Infringement from March 24, 2008 to **April 10, 2008**.

The parties have authorized electronic signatures for purposes of this Joint Motion.

IT IS SO STIPULATED.

DATED this 17th of March, 2008.

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/ Melody A. Kramer
_____
Melody A. Kramer
J. Michael Kaler
Attorneys for Plaintiff

Metabo Coproration, Defendants

 /s/ Jeffrey D. Lewin_____
Jeffrey D. Lewin
Attorney for Defendant

2.

Case No. 08 cv 304 BTM CAB