UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>METABO CORPORATION, a Delaware Corporation; METABOWERKE GMBH, a German Corporation; and DOES 1 – 100,<br><br>Defendants. | Case No. 08cv304 BTM CAB<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANT METABO CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Hon. Barry Ted Moskowitz] |

Pursuant to stipulation by the parties and good cause appearing therefore, the Court hereby grants Plaintiff and Defendant Metabo Corporation's Joint Motion to extend the deadline for Defendant Metabo Corporation to respond to Plaintiff's complaint from March 24, 2008 to April 10, 2008.

IT IS SO ORDERED.

Dated:   March 19, 2008        _____
                               Honorable Barry Ted Moskowitz
                               Judge of the United States District Court

---
ORDER
08 CV 304 BTM CAB