

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WILMINGTON DE 19808

| | |
|---|---|
| Postage | $1.82 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.62 |

Sent To: Metabo Corporation
The Prentice-Hall Corporation System
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

PS Form 3800, January

7001 0320 0004 3020 1410

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Metabo Corporation
The Prentice-Hall Corporation System
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Laura Cooper*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

FEB 25 2008

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0004 3020 1410

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540