UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Jens Erik Sorensen )
)
Plaintiff )
) Case No. 08-cv-0304 BTM CAB
vs. )
Metabo Corporation ) PRO HAC VICE APPLICATION
)
) Metabo Corporation
Defendant ) Party Represented

FILED
APR 2008
CLERK, U.S. ...

I, Daniel J. Bourque _____ hereby petition the above entitled court to permit
    (Applicant)
me to appear and participate in this case and in support of petition state:

My home address: 138 Fleming Street
City, State, ZIP: Manchester, NH 03104
Phone number: 603-623-3171

My firm name: Bourque & Associates Intellectual Property Attorneys
Street address: 835 Hanover Street, Suite 301
City, State, ZIP: Manchester, NH 03104
Phone number: 603-623-5111

That on **PLEASE SEE ATTACHMENT "A"** _____ I was admitted to practice before
**PLEASE SEE ATTACHMENT "A"** _____ ; and am currently in good standing and eligible to practice
           (Name of Court)
in said court:

That I am not currently suspended or disbarred in any other court:

That I [ ] (have) [X] (have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____

Case number _____ Date of application _____

Application [ ] granted [ ] denied

I declare under penalty of perjury that the foregoing is true and correct.

Bourque & Associates Intellectual Property Attorneys

(Signature of Applicant)
Daniel J. Bourque

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Jeffrey D. Lewin, SBN 68202
Sullivan, Hill, Lewin, Rez & Engel          619-233-4100
(Name)                                       (Telephone)

550 West "C" Street, Suite 1500, San Diego, CA 92101
(Street)                         (City)                    (Zip code)

Bourque & Associates Intellectual Property Attorneys, PA

Signature of Applicant
Daniel J. Bourque

K:\COMMON\Atty_Certificates\Pro Hac Vice Application07.wpd April 17, 2007 (12:43pm)

CSO-127

I hereby consent to the above designation.

_____
Signature of Designee Attorney
Jeffrey D. Lewin
Sullivan, Hill, Lewin, Rez & Engel

The pro hac vice application is hereby approved for filing.

W. Samuel Hamrick, Jr.
Clerk of Court

_____
By Deputy Clerk       M. Zvers

**RECEIVED**
APR 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice** (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:** $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

K:\COMMON\Atty_Certificates\Pro Hac Vice Application07.wpd April 17, 2007 (12:43pm)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff, <br><br> v. <br><br> METABO CORPORATION, a Delaware Corporation; METABOWERKE GMBH A German Corporation; and DOES 1-100, <br><br> Defendants. | Case No. 08-cv-0304 BTM CAB <br><br> ATTACHMENT "A" TO PRO HAC VICE APPLICATION OF DANIEL J. BOURQUE |

That on the dates listed below, I was admitted to practice before the mentioned named courts; and am currently in good standing and eligible to practice in said court.

1989 Commonwealth of Massachusetts
1990 US District Court for the District of Massachusetts;
1990 US Court of Appeals for the First Circuit;
1990 Court of Appeals for the Federal Circuit;
1990 State of NH Supreme Court;
1990 US district Court for NH;
1992 Registered to practice before the US Patent and trademark Office
2000 US District Court for the Eastern District of Wisconsin

I declare under penalty of perjury that the forgoing is true and correct.

_____
Daniel J. Bourque

::ODMA\PCDOCS\PCDOCS\281458\1         1
ATTACHMENT "A" TO PRO HAC VICE APPLICATION FOR DAVID J. BOURQUE