# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Jens Erik Sorensen,

                Plaintiff

vs.

Metabo Corporation

                Defendant

Case No. 08-cv-0304 BTM CAB

**PRO HAC VICE APPLICATION**

Metabo Corporation
Party Represented

FILED
APR 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

I, __Arnold Rosenblatt__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

    My home address: 8 Hubbard Road
    City, State, ZIP: Amherst, NH 03031
    Phone number:

    My firm name: Cook, Little, Rosenblatt & Manson, p.l.l.c.
    Street address: 650 Elm Street
    City, State, ZIP: Manchester, NH 03101
    Phone number: 603-621-7102

That on __PLEASE SEE ATTACHMENT "A"__ I was admitted to practice before __PLEASE SEE ATTACHMENT "A"__ (Name of Court) ; and am currently in good standing and eligible to practice in said court:

That I am not currently suspended or disbarred in any other court:

That I [ ] (have) [X] (have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____

Case number _____ Date of application _____

Application [ ] granted   [ ] denied

I declare under penalty of perjury that the foregoing is true and correct.

3/18/08

Cook, Little, Rosenblatt & Manson, p.l.l.c.

_____
(Signature of Applicant)
Arnold Rosenblatt

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Jeffrey D. Lewin, SBN 68202
Sullivan, Hill, Lewin, Rez & Engel
(Name)

619-233-4100
(Telephone)

550 West "C" Street, Suite 1500 San Diego, CA 92101
(Street)    (City)    (Zip code)

Cook, Little, Rosenblatt & Manson,

_____
Signature of Applicant
Arnold Rosenblatt

K:\COMMON\Atty_Certificates\Pro Hac Vice Application07.wpd April 17, 2007 (12:43pm)

CSD-127

I hereby consent to the above designation.

_____
Signature of Designee Attorney
Jeffrey D. Lewin
Sullivan, Hill, Lewin, Rez & Engel

The pro hac vice application is hereby approved for filing.

**RECEIVED**
APR 02 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
Received $180.00 for Court Library fee

W. Samuel Hamrick, Jr.
Clerk of Court

_____
By Deputy Clerk          M. Zvers

_____ Deputy Clerk

**Pro Hac Vice**   (For this one particular occasion).

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:** $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

K:\COMMON\Atty_Certificates\Pro Hac Vice Application07.wpd April 17, 2007 (12:43pm)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>METABO CORPORATION, a Delaware Corporation; METABOWERKE GMBH A German Corporation; and DOES 1-100,<br><br>Defendants. | Case No. 08-cv-0304 BTM CAB<br><br>ATTACHMENT "A" TO PRO HAC VICE APPLICATION OF ARNOLD ROSENBLATT |

That on the dates listed below, I was admitted to practice before the mentioned named courts; and am currently in good standing and eligible to practice in said court.

State of Vermont - 6/21/05
State of Massachusetts - 1/6/98
State of New Hampshire - 6/9/87
State of New York - 5/12/82

US District of Massachusetts - 5/29/98
US District of New Hampshire - 6/9/87
US Southern District of New York - 7/13/82
US Eastern District of New York - 7/11/84

I declare under penalty of perjury that the forgoing is true and correct.

3/18/08

_____
Arnold Rosenblatt

::ODMA\PCDOCS\PCDOCS\281456\1        1

ATTACHMENT "A" TO PRO HAC VICE APPLICATION FOR ARNOLD ROSENBLATT