1  SULLIVAN, HILL, LEWIN, REZ & ENGEL
   A Professional Law Corporation
2  Jeffrey D. Lewin, SBN 68202
   550 West "C" Street, Suite 1500
3  San Diego, California 92101
   Telephone: (619) 233-4100
4  Fax Number: (619) 231-4372

5  Attorneys for METABO CORPORATION

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 JENS ERIK SORENSEN, as Trustee of       )   Case No. 08-cv-0304 BTM CAB
   SORENSEN RESEARCH AND                   )
   DEVELOPMENT TRUST,                      )
12                                         )   **PROOF OF SERVICE**
                  Plaintiff,               )
13                                         )
   v.                                      )
14                                         )
   METABO CORPORATION, a Delaware          )
15 Corporation; METABOWERKE GMBH           )
   A German Corporation; and DOES 1-100,   )
16                                         )
                  Defendants.              )
17

18         I am employed in the City and County of San Diego by the law firm of Sullivan Hill Lewin

19 Rez & Engel, 550 West C Street, Suite 1500, San Diego, California 92101. I am over the age of 18

20 and not a party to this action.

21         On April 7, 2008, I served the attached document(s):

22         **Metabo Corporation's Answer to Plaintiff's Complaint and Demand for Jury Trial**

23 on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes

24 (except for facsimile transmission), addressed as shown below, for service as designated below:

25 A.    **BY U.S. MAIL.** I am readily familiar with Sullivan, Hill, Lewin, Rez & Engel's practice of
         collection and processing correspondence for mailing. Under that practice, documents are
26       deposited with the U.S. Postal Service on the same day which is stated in the proof of
         service, with postage fully prepaid at San Diego, California in the ordinary course of
27       business. I am aware that on motion of party served, service is presumed invalid if the postal
         cancellation date or postage meter date is more than one day after the date stated in this proof
28       of service.

::ODMA\PCDOCS\PCDOCS\282356\1                    1
                                        PROOF OF SERVICE

| | | |
|---|---|---|
|1| B. | **BY FACSIMILE** machine pursuant to Rule 2008(e). The recipient's name and fax number that I used are as shown below. The facsimile machine that I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), a transmission report was properly issued by the transmitting facsimile machine. |

B. **BY FACSIMILE** machine pursuant to Rule 2008(e). The recipient's name and fax number that I used are as shown below. The facsimile machine that I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), a transmission report was properly issued by the transmitting facsimile machine.

C. **OVERNITE EXPRESS.** I caused such envelopes to be deposited in the Overnite Express Drop Box at San Diego, California.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Overnite Express mailing. Under that practice it would be dropped in the drop box for the Overnite Express Service on that same day at San Diego, California in the ordinary course of business.

D. **FEDERAL EXPRESS.** I caused such envelopes to be deposited in the Federal Express Drop Box at San Diego, California.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Federal Express mailing. Under that practice it would be dropped in the drop box for the Federal Express Service on that same day at San Diego, California in the ordinary course of business.

E. **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

| SERVICE | ADDRESSEE | PARTY |
|---|---|---|
| A. | Melody A. Kramer<br>Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Ste. 1600<br>San Diego, CA  92121<br>858-362-3150 | Jens Erik Sorenson, et al. |
| | J. Michael Kaler<br>Kaler Law Offices<br>9930 Mesa Rim Road, Suite 200<br>San Diego, CA  92121<br>Tel: 858-362-3151 | |

Executed on April 7, 2008 at San Diego, California.

_____
Jennifer Cannone

::ODMA\PCDOCS\PCDOCS\282356\1

2

PROOF OF SERVICE