SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Jeffrey D. Lewin, SBN 68202
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for METABO CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>METABO CORPORATION, a Delaware Corporation; METABOWERKE GMBH A German Corporation; and DOES 1-100,<br><br>Defendants. | Case No. 08-cv-0304 BTM CAB<br><br>**NOTICE OF MOTION AND DEFENDANT'S MOTION TO STAY THE LITIGATION PENDING THE REEXAMINATIONS OF U.S. PATENT NO. 4,935,184**<br><br>Date:      June 20, 2008<br>Time:     11:00 a.m.<br>Courtroom: 15<br>Hon. Barry Ted Moskowitz<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

NOTICE IS HEREBY GIVEN that on June 20, 2008 at 11:00 a.m. or as soon thereafter as the matter may be heard by the above-entitled Court, located at 940 Front Street, San Diego, CA 92101-8900, defendant Metabo Corporation, ("Metabo"), will and hereby does respectfully move for a stay of the above-captioned proceeding pending the ongoing United States Patent & Trademark Office ("PTO") reexaminations of the patent in suit, U.S. Patent No. 4,935,184 ("the '184 patent"). Defendant's counsel conferred with plaintiff's counsel to seek plaintiff's assent to such a stay prior to filing this motion but plaintiff does not assent to such a stay.

This Court already has stayed several related cases involving the '184 Patent based on the fact that the '184 Patent currently is in reexamination before the PTO.

The same considerations that apply to those cases apply equally to the instant case. Thus, the parties are at the very beginning of this litigation. Defendant's answer is being filed at approximately the same time as defendant's motion to stay and no discovery has been taken. Under such circumstances, it would be inefficient to establish a discovery schedule, conduct discovery or hold a Markman hearing or trial since the reexamination may either eliminate claims entirely or substantially change them.

Further, a stay will not prejudice plaintiff in any way. Plaintiff's patent has lapsed and as a result, plaintiff will be seeking only damages in this matter. As a result, plaintiff can be adequately compensated through monetary damages if plaintiff ultimately prevails in this matter. Defendant will comply with its obligations to preserve evidence and as a result there is no prejudice.

Finally, a stay may simplify the issues in question in the trial of this case. If some or all of the patent claims presently in the reexamination are found invalid by the PTO, this Court will not need to address these claims in any way. To the extent that claims survive reexamination, those claims may be modified or statements made by plaintiff during the reexamination process may be pertinent to the claim construction.

This motion is based on this Notice of motion and Motion, the accompanying memorandum of law, the Declaration of Jeffrey D. Lewin (all of which have been filed and served concurrently with this Notice of Motion), on the papers and records on file in this action and related actions, and on such other and further oral and documentary evidence as the Court may consider at the time of any hearing.

For the reasons set forth in greater detail in the supporting memorandum, defendant respectfully requests that the Court order this case stayed pending completion of the PTO's ongoing reexaminations of the '184 patent.

::ODMA\PCDOCS\PCDOCS\282298\1   2

**NOTICE OF MOTION AND DEFENDANT'S MOTION TO STAY THE LITIGATION PENDING THE REEXAMINATIONS OF U.S. PATENT NO. 4,935,184**

|   |   |
|---|---|
| Dated: April 7, 2008 | Respectfully submitted:<br>METABO CORPORATION<br><br>By: _____<br>Jeffrey D. Lewin<br>Attorney for Metabo Corporation<br>SULLIVAN, HILL, LEWIN, REZ & ENGEL |

OF COUNSEL:

COOK, LITTLE, ROSENBLATT & MANSON, p.l.l.c.  
Arnold Rosenblatt  
650 Elm Street  
Manchester, NH 03101  
(603) 621-7102

BOURQUE & ASSOCIATES, P.A.  
Daniel J. Bourque  
835 Hanover Street, Suite 303  
Manchester, NH 03104  
(603) 623-5111