SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Jeffrey D. Lewin, SBN 68202
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for METABO CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br>Plaintiff, <br><br>v. <br><br>METABO CORPORATION, a Delaware Corporation; METABOWERKE GMBH A German Corporation; and DOES 1-100, <br><br>Defendants. | Case No. 08-cv-0304 BTM CAB <br><br>**PROOF OF SERVICE** |

I am employed in the City and County of San Diego by the law firm of Sullivan Hill Lewin Rez & Engel, 550 West C Street, Suite 1500, San Diego, California 92101. I am over the age of 18 and not a party to this action.

On April 7, 2008, I served the attached document(s):

**1. Metabo Corporation's Notice of Motion and Defendant's Motion to Stay the Litigation Pending the Reexamination of U.S. Patent No. 4,935,184;**

**2. Defendant Metabo Corporation's Memorandum of Law In Support of Defendant's Motion to Stay the Litigation Pending Reexamination of U.S. Patent No. 4,935,184, and**

**3. Declaration of Jeffrey D. lewin In Support of Defendant's Motion to Stay the Litigation Pending Reexamination of U.S. Patent No. 4,935,184.**

::ODMA\PCDOCS\PCDOCS\282356\1

1

PROOF OF SERVICE

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except for facsimile transmission), addressed as shown below, for service as designated below:

A.  **BY U.S. MAIL.** I am readily familiar with Sullivan, Hill, Lewin, Rez & Engel's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

B.  **BY FACSIMILE** machine pursuant to Rule 2008(e). The recipient's name and fax number that I used are as shown below. The facsimile machine that I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), a transmission report was properly issued by the transmitting facsimile machine.

C.  **OVERNITE EXPRESS.** I caused such envelopes to be deposited in the Overnite Express Drop Box at San Diego, California.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Overnite Express mailing. Under that practice it would be dropped in the drop box for the Overnite Express Service on that same day at San Diego, California in the ordinary course of business.

D.  **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

| SERVICE | ADDRESSEE | PARTY |
|---|---|---|
| A. | Melody A. Kramer<br>Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Ste. 1600<br>San Diego, CA 92121<br>858-362-3150 | Jens Erik Sorenson, et al. |
|  | J. Michael Kaler<br>Kaler Law Offices<br>9930 Mesa Rim Road, Suite 200<br>San Diego, CA 92121<br>Tel: 858-362-3151 |  |

Executed on April 7, 2008 at San Diego, California.

Jennifer Cannone

::ODMA\PCDOCS\PCDOCS\282356\1

2

PROOF OF SERVICE