1   J. MICHAEL KALER, SBN 158296
2   9930 Mesa Rim Road, Suite 200
    San Diego, California 92121
3   Telephone (858) 362-3151
    E-mail:  michael@kalerlaw.com
4
    MELODY A. KRAMER, SBN 169984
5   9930 Mesa Rim Road, Suite 1600
    San Diego, California 92121
6   Telephone (858) 362-3150
    E-mail:  mak@kramerlawip.com
7
8   PATRICIA SHACKELFORD, SBN 218647
    9930 Mesa Rim Road, Suite 450
9   San Diego, California 92121
    Telephone (858) 362-3152
10
11  Attorneys for Plaintiff JENS ERIK SORENSEN,
    as Trustee of SORENSEN RESEARCH AND
12  DEVELOPMENT TRUST

13              **UNITED STATES DISTRICT COURT**

14          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

15

16  JENS ERIK SORENSEN, as Trustee of          )  Case Nos. 06-CV-1572 BTM (CAB)
    SORENSEN RESEARCH AND                       )
17  DEVELOPMENT TRUST,                          )  **MEMORANDUM OF POINTS &**
                              Plaintiff         )  **AUTHORITIES IN SUPPORT OF**
18       v.                                     )  **PLAINTIFF'S MOTION TO**
                                                )  **CONSOLIDATE**
19  THE BLACK & DECKER CORPORATION;             )
20  BLACK & DECKER, INC.; BLACK &               )  Date:   May 30, 2008
    DECKER (US), INC.; PORTER-CABLE             )  Time:  11:00 a.m.
21  CORPORATION; VECTOR PRODUCTS,               )  Courtroom:  15, Fifth Floor
    INC.; PHILLIPS PLASTICS CORPORATION;        )  Hon. Barry Ted Moskowitz
22  HI-TECH PLASTICS INC.; B&D HOLDINGS,        )
    LLC; AND DOES 1 THROUGH 1000,               )  *NO ORAL ARGUMENTS UNLESS*
23                                              )  *REQUESTED BY THE COURT*
24                            Defendants.       )
                                                )
25  JENS ERIK SORENSEN, as Trustee of          )  Case No. 07-CV-2121
    SORENSEN RESEARCH AND                       )
26  DEVELOPMENT TRUST,                          )
                              Plaintiff,        )
27       v.                                     )
                                                )
28                                              )

| | | |
|---|---|---|
| 1 | GIANT INTERNATIONAL (USA) LTD., a Delaware corporation, and DOES 1-10, | ) |
| 2 | Defendants. | ) ) |
| 3 | and related counterclaims. | ) ) |
| 4 | _____ | ) |
| 5 | JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) Case No. 07cv2277 ) ) |
| 6 | | ) |
| 7 | Plaintiff, v. | ) ) ) |
| 8 | | ) |
| 9 | ESSEPLAST (USA) NC, INC., a Delaware corporation, and DOES 1-100, | ) ) |
| 10 | Defendants. | ) ) |
| 11 | and related counterclaims | ) |
| 12 | JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) Case No. 07cv2278 ) ) |
| 13 | | ) |
| 14 | Plaintiff, | ) ) |
| 15 | v. | ) ) |
| 16 | HELEN OF TROY TEXAS CORPORATION; OXO INTERNATIONAL LTD.; and DOES 1 – 100, | ) ) ) |
| 17 | | ) |
| 18 | Defendants. | ) |
| 19 | JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) Case No. 07cv2321 ) ) |
| 20 | | ) |
| 21 | Plaintiff, v. | ) ) ) |
| 22 | | ) |
| 23 | ENERGIZER HOLDINGS INC, a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1 – 100, | ) ) ) |
| 24 | | ) |
| 25 | Defendants. | ) ) |
| 26 | and related counterclaims. | ) |
| 27 | JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) Case No. 08cv0025 ) ) |
| 28 | | ) |

2.

| | | |
|---|---|---|
| 1 | Plaintiff ) | |
| 2 | v. ) ) | |
| 3 | ) | |
| 4 | EMERSON ELECTRIC CO., a Missouri ) corporation; ONE WORLD TECHNOLOGIES, ) INC., a Delaware corporation; RIDGE TOOL ) | |
| 5 | COMPANY, an Ohio corporation; RIDGID, ) INC., a Delaware corporation; and ) | |
| 6 | DOES 1 – 100 ) | |
| 7 | Defendants. ) ) | |
| 8 | and related counterclaims ) | |
| 9 | JENS ERIK SORENSEN, as Trustee of ) SORENSEN RESEARCH AND ) | Case No. 08cv0060 |
| 10 | DEVELOPMENT TRUST, ) ) | |
| 11 | Plaintiff ) | |
| 12 | v. ) ) | |
| 13 | RYOBI TECHNOLOGIES, INC., a Delaware ) corporation; TECHTRONIC INDUSTRIES ) | |
| 14 | NORTH AMERICA, INC., a Delaware ) corporation; and DOES 1 – 100, ) | |
| 15 | ) | |
| 16 | Defendants. ) | Case No. 08cv0070 |
| 17 | JENS ERIK SORENSEN, as Trustee of ) SORENSEN RESEARCH AND ) DEVELOPMENT TRUST, ) | |
| 18 | ) | |
| 19 | Plaintiff ) v. ) | |
| 20 | ) | |
| 21 | SENCO PRODUCTS, INC., an Ohio ) corporation; and DOES 1 – 100, ) | |
| 22 | Defendants. ) | |
| 23 | ) JENS ERIK SORENSEN, as Trustee of ) | Case No. 08cv0134 |
| 24 | SORENSEN RESEARCH AND ) DEVELOPMENT TRUST, ) | |
| 25 | ) | |
| 26 | Plaintiff ) v. ) | |
| 27 | ) INFORMATICS, INC., a Texas Corporation; ) | |
| 28 | INFORMATICS HOLDINGS, INC., a Delaware ) |

1   Corporation; DATALOGIC SCANNING, INC.,   )
    a Delaware Corporation; DATALOGIC        )
2   SCANNING HOLDINGS, INC., a New York      )
    Corporation.                             )
3                                            )
                                             )
4            Defendants.                     )
                                             )   Case No. 08cv0135
5   JENS ERIK SORENSEN, as Trustee of        )
    SORENSEN RESEARCH AND                    )
6   DEVELOPMENT TRUST,                       )
                                             )
7                       Plaintiff            )
                                             )
        v.                                   )
8                                            )
    SANYO NORTH AMERICA CORPORATION,         )
9   a Delaware Corporation; and DOES 1 – 100,)
                                             )
10           Defendants.                     )
                                             )   Case No. 08cv0136
11  JENS ERIK SORENSEN, as Trustee of        )
    SORENSEN RESEARCH AND                    )
12  DEVELOPMENT TRUST,                       )
                                             )
13                      Plaintiff            )
                                             )
14      v.                                   )
                                             )
15  MOTOROLA, INC., a Delaware Corporation;  )
    and DOES 1 – 100,                        )
16                                           )
             Defendants.                     )
17                                           )
    JENS ERIK SORENSEN, as Trustee of        )
18  SORENSEN RESEARCH AND                    )   Case No. 08cv0231
    DEVELOPMENT TRUST,                       )
19                                           )
                        Plaintiff            )
20      v.                                   )
                                             )
21                                           )
    CTT TOOLS, INC., a California Corporation;)
22  and DOES 1 – 100,                        )
                                             )
23           Defendants.                     )
                                             )
24  JENS ERIK SORENSEN, as Trustee of        )   Case No. 08cv0232
    SORENSEN RESEARCH AND                    )
25  DEVELOPMENT TRUST,                       )
                                             )
26                      Plaintiff            )
                                             )
27      v.                                   )
                                             )
28  ALLTRADE TOOLS, LLC., a California       )

4.

Case No. 06-cv-1572 BTM CAB and others

| | |
|---|---|
| 1 | Corporation; and DOES 1 – 100,                    ) |
| 2 | )<br>Defendants.                    ) |
| 3 | JENS ERIK SORENSEN, as Trustee of                    )    Case No. 08cv0233<br>SORENSEN RESEARCH AND                    ) |
| 4 | DEVELOPMENT TRUST,                    )<br>) |
| 5 | Plaintiff                    )<br>) |
| 6 | v.                    )<br>) |
| 7 | GLOBAL MACHINERY COMPANY, an                    )<br>Australian company; GMCA PTY. LTD., an                    ) |
| 8 | Australian company; TRAPONE                    )<br>CORPORATION PTY. LTD., an Australian                    ) |
| 9 | company; and DOES 1 – 100,                    )<br>) |
| 10 | )    Case No. 08cv0234<br>JENS ERIK SORENSEN, as Trustee of                    ) |
| 11 | SORENSEN RESEARCH AND                    )<br>DEVELOPMENT TRUST,                    ) |
| 12 | )<br>) |
| 13 | Plaintiff                    )<br>v.                    ) |
| 14 | )<br>) |
| 15 | EMISSIVE ENERGY CORP., a Delaware                    )<br>Corporation; and DOES 1 – 100,                    ) |
| 16 | )<br>Defendants.                    ) |
| 17 | JENS ERIK SORENSEN, as Trustee of                    )    Case No. 08cv0304<br>SORENSEN RESEARCH AND                    ) |
| 18 | DEVELOPMENT TRUST,                    )<br>) |
| 19 | Plaintiff                    )<br>) |
| 20 | v.                    )<br>) |
| 21 | METABO CORPORATION, a Delaware                    )<br>Corporation; METABOWERKE GMBH, a                    ) |
| 22 | German Corporation; and DOES 1 – 100,                    )<br>) |
| 23 | Defendants.                    )<br>) |
| 24 | JENS ERIK SORENSEN, as Trustee of                    )    Case No. 08cv0305<br>SORENSEN RESEARCH AND                    ) |
| 25 | DEVELOPMENT TRUST,                    )<br>) |
| 26 | Plaintiff                    )<br>) |
| 27 | v.                    )<br>) |
| 28 | RALLY MANUFACTURING, INC., a Florida                    ) |

5.

1    Corporation; and DOES 1 – 100,                    )
                                                       )
2         Defendants.                                  )
     _____          )    Case No. 08cv0306
3    JENS ERIK SORENSEN, as Trustee of                 )
     SORENSEN RESEARCH AND                             )
4    DEVELOPMENT TRUST,                                )
                                                       )
5                           Plaintiff                  )
                                                       )
6         v.                                           )
                                                       )
7    SUNBEAM PRODUCTS, INC., a Delaware                )
     Corporation; and DOES 1 – 100,                    )
8                                                      )
          Defendants.                                  )
9                                                      )
     _____          )    Case No. 08cv0307
10   JENS ERIK SORENSEN, as Trustee of                 )
     SORENSEN RESEARCH AND                             )
11   DEVELOPMENT TRUST,                                )
                                                       )
12                          Plaintiff                  )
                                                       )
13        v.                                           )
                                                       )
14   STAR ASIA, U.S.A., LLC, a Washington              )
     Corporation; and DOES 1 – 100,                    )
15                                                     )
          Defendants.                                  )
16   _____          )
     JENS ERIK SORENSEN, as Trustee of                 )    Case No. 08cv0308
17   SORENSEN RESEARCH AND                             )
     DEVELOPMENT TRUST,                                )
18                                                     )
                            Plaintiff                  )
19        v.                                           )
                                                       )
20   LOGITECH INC., a California Corporation; and      )
     DOES 1 – 100,                                     )
21                                                     )
                                                       )
22        Defendants.                                  )
     _____          )
23   JENS ERIK SORENSEN, as Trustee of                 )    Case No. 08cv0309
     SORENSEN RESEARCH AND                             )
24   DEVELOPMENT TRUST,                                )
                                                       )
25                          Plaintiff                  )
          v.                                           )
26                                                     )
                                                       )
27   CENTRAL PURCHASING, LLC, a California             )
     Corporation; and DOES 1 – 100,                    )
28                                                     )

Case No. 06-cv-1572 BTM CAB and others



1  Defendants.                                )
                                             )
2  JENS ERIK SORENSEN, as Trustee of         )   Case No. 08cv0411
3  SORENSEN RESEARCH AND                      )
   DEVELOPMENT TRUST,                         )
4                                             )
                    Plaintiff                 )
5      v.                                     )
                                             )
6  KYOCERA INTERNATIONAL, INC., a             )
7  California Corporation; KYOCERA WIRELESS   )
   CORP., a California Corporation; and DOES 1 – )
8  100,                                       )
                                             )
9                   Defendants.               )
                                             )
10                                            )
11 JENS ERIK SORENSEN, as Trustee of         )   Case No. 08cv0559
   SORENSEN RESEARCH AND                      )
12 DEVELOPMENT TRUST,                         )
                                             )
13                  Plaintiff                 )
       v.                                     )
14                                            )
15 DMS HOLDINGS, INC. d.b.a. MABIS            )
   HEALTHCARE and DURO-MED                    )
16 INDUSTRIES, a a Delaware Corporation; and  )
   DOES 1 – 100,                              )
17                                            )
                    Defendants.               )
18 ─────────────────────────────────────
19                                            )

## INTRODUCTION

        The 23 patent infringement cases identified below were filed by Plaintiff Jens

Erik Sorensen, Trustee of Sorensen Research And Development Trust ("Sorensen")

seeking redress for infringement of U.S. Patent No. 4,935,184 ("'184 patent"). All

are currently pending in this District and all have been assigned to District Judge

Barry T. Moskowitz.

        Sorensen seeks to consolidate these related cases pursuant to Rule 42(a) of the

*Federal Rules of Civil Procedure* because these cases have overlapping questions of

7.

law and fact. Specifically, all of the cases allege infringement of the same patent and the Court has already indicated an intention to conduct a joint claim construction hearing.  All of the responding defendants thus far have claimed that the '184 patent is invalid, and have also asserted entitlement to a stay pending completion of *ex parte* reexamination proceedings requested by defendants in the low-numbered <u>Black & Decker</u> case.

Both Court and all parties would benefit from consolidation of claim construction, discovery, and other related matters. Thus, consolidation of these actions is appropriate.

## PROCEDURAL BACKGROUND

Presently pending in this District are 23 related patent infringement cases[1], the short names of which are as follows:

| Abbr. Case Name | Case No. | Date Filed |
|---|---|---|
| Sorensen v. Black & Decker, et al | 06cv1572 | Aug 7, 2006 |
| Sorensen v. Giant Int'l | 07cv2121 | Nov 6, 2007 |
| Sorensen v. Esseplast | 07cv2277 | Dec 4, 2007 |
| Sorensen v. Helen of Troy | 07cv2278 | Dec 4, 2007 |
| Sorensen v. Energizer | 07cv2321 | Dec 11, 2007 |
| Sorensen v. Emerson | 08cv0060 | Jan 10, 2008 |
| Sorensen v. Ryobi | 08cv0070 | Jan 11, 2008 |
| Sorensen v. Senco | 08cv0071 | Jan 11, 2008 |
| Sorensen v. Informatics | 08cv0134 | Jan 23, 2008 |
| Sorensen v. Sanyo | 08cv0135 | Jan 23, 2008 |
| Sorensen v. Motorola | 08cv0136 | Jan 23, 2008 |
| Sorensen v. CTT Tools | 08cv0231 | Feb 5, 2008 |
| Sorensen v. Alltrade | 08cv0232 | Feb 5, 2008 |
| Sorensen v. Global Machinery | 08cv0233 | Feb 5, 2008 |
| Sorensen v. Emissive Energy | 08cv0234 | Feb 5, 2008 |
| Sorensen v. Metabo | 08cv0304 | Feb 15, 2008 |
| Sorensen v. Rally | 08cv0305 | Feb 15, 2008 |

---

[1] An additional case based on the same patent is <u>Sorensen v. Johnson Level</u>, Case No. 08cv0025.  Consolidation of this case is not sought because it has already had a default entered.

Case No. 06-cv-1572 BTM CAB and others

| | | |
|---|---|---|
| Sorensen v. Sunbeam | 08cv0306 | Feb 15, 2008 |
| Sorensen v. Star Asia | 08cv0307 | Feb 15, 2008 |
| Sorensen v. Logitech | 08cv0308 | Feb 15, 2008 |
| Sorensen v. Central Purchasing | 08cv0309 | Feb 15, 2008 |
| Sorensen v. Kyocera | 08cv0411 | Mar 4, 2008 |
| Sorensen v. DMS Holdings | 08cv0559 | Mar 25, 2008 |

Stays have been issued in <u>Sorensen v. Black & Decker</u> (3:06-cv-01572), <u>Sorensen v. Giant</u> (3:07cv2121), <u>Sorensen v. Esseplast</u> (3:07-cv-02277), <u>Sorensen v. Energizer</u> (3:07-cv-02321), <u>Sorensen v. Helen of Troy Texas Corporation</u> (3:07-cv-02278).

Motions for Stay are pending in <u>Sorensen v. Emerson</u> (3:08-cv-00060); <u>Sorensen v. Global Machinery</u> (3:08-cv-00233), <u>Sorensen v. Kyocera</u> (3:08-cv-00411), <u>Sorensen v. Rally</u> (3:08-cv-00305), <u>Sorensen v. Ryobi</u> (3:08-cv-00070), <u>Sorensen v. Senco</u> (3:08-cv-00071), <u>Sorensen v. Central Purchasing</u> (3:08-cv-00309).

In all unstayed cases, Sorensen has filed Motions to Modify Patent Local Rules Schedule to Accelerate Identification of Claimed Invalidating Prior Art and intends to request the same relief in the stayed cases.

## ARGUMENT

### THIS COURT SHOULD CONSOLIDATE THESE RELATED CASES FOR PURPOSES OF EFFICIENCY.

Fed.R.Civ.P. Rule 42(a) allows this Court to order consolidation of separate actions:

> When actions involving a common question of law and fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated;

Case No. 06-cv-1572 BTM CAB and others

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Consolidation pursuant to the Rule 42(a) is proper where, as here, actions involve common questions of law and fact. *In re Equity Funding Corp. of Am. Sec. Litig.*, 416 F. Supp. 161, 175 (C.D. Cal. 1976). This Court has broad discretion under this Rule to consolidate cases pending within this District. *Perez-Funez v District Director, Immigration and Naturalization Serv.*, 611 F. Supp. 990, 994 (C.D. Cal. 1984) ("[A] Court has broad discretion in deciding whether or not to grant a motion for consolidation, although, typically, consolidation is favored.") (citation omitted). Even if there are some questions that are not common, consolidation is not precluded. *Batazzi v. Petroleum Helicopters, Inc.*, 664 F. 2d 49, 50 (5th Cir. 1981); See *Central Motor Co. v. United States*, 583 F. 2d 470 (10th Cir. 1978).

Common questions of law and fact abound in these cases. All the cases allege infringement of United States Patent No. 4,935,184 and claim construction of the patent should be conducted jointly.

All of the responding defendants have made *pro forma* assertions of invalidity of the patent. The basis for these assertions should be disclosed so that any asserted prior art can be brought before the PTO during the existing reexamination proceedings that have prompted the pending stays of litigation.

All of the responding defendants have asserted entitlement to a stay pending completion of *ex parte* reexamination proceedings requested by Black & Decker, Phillips Plastics and Hi-Tech Plastics. Thus far, the Court has granted stays to every additional defendant (after the Black & Decker defendants) requesting a stay on this basis, even though the most recent filed Opposition to Motion for Stay (Sorensen v. Energizer, Case No. 07cv2321) contained new information demonstrating that reexaminations were likely to take much longer than the two years anticipated by the Court when the initial stay was entered.

Because of the significant overlap of legal and factual issues, these cases are

10.

1  particularly appropriate for consolidation.

2

3                                    **CONCLUSION**

4        For the foregoing reasons, Plaintiff respectfully requests that this Court

5  consolidate the related actions identified herein pursuant to Fed.R.Civ.P. Rule 42(a).

6

7  Dated this Wednesday, April 09, 2008.

8

9                            Respectfully submitted,

10

11                   JENS ERIK SORENSEN, as Trustee of SORENSEN
                     RESEARCH AND DEVELOPMENT TRUST, Plaintiff

12                   /s/ Melody A. Kramer

13                   J. Michael Kaler
                     Melody A. Kramer

14                   Patricia A. Shackelford

15                   Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28