# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, | CASE NO. 08CV304 BTM (CAB) |
| Plaintiff, | ORDER RE: STAY |
| vs. | |
| METABO CORPORATION, | |
| Defendant. | |

Plaintiff may file an opposition to Defendant's motion to stay pending patent reexamination on or before June 6, 2008. Unless the Court notifies Defendant otherwise, Defendant need not file a reply.

IT IS SO ORDERED.

DATED: May 23, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge