MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>               Plaintiff<br>   v.<br><br>METABO CORPORATION, a Delaware Corporation; METABOWERKE GMBH, a German Corporation; and DOES 1 – 100,<br><br>               Defendants. | Case No. 08 CV 304 BTM CAB<br><br>**DECLARATION OF MELODY A. KRAMER IN SUPPORT OF OPPOSITION TO MOTION TO STAY THE LITIGATION PENDING THE REEXAMINATIONS OF U.S. PATENT NO. 4,935,184** |

I, MELODY A. KRAMER, declare:

1. I am not a party to the present action. I am over the age of eighteen. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. At all times relevant herein I have been an attorney for Sorensen Research and Development Trust ("Sorensen"), Plaintiff in the above-captioned matter.

3. This declaration is made in support of Plaintiff's Opposition to Motion to Stay the Litigation Pending the Reexaminations of U.S. Patent No. 4,935,184.

4. In July 2007, a non-party to this case, Black & Decker, filed a request for reexamination of U.S. Patent 4,935,184 ("'184 patent") ("1st reexam"). As with 96% of all such requests, the 1st reexam request was granted (see Exhibit A). In December 2007, co-defendants to Black & Decker filed another request for reexamination of the '184 patent ("2nd reexam") which was also granted.

5. Only 10 percent of all reexamination requests granted by the PTO result in cancellation of all claims of a patent. Exhibit B attached hereto is a true and correct copy of the most recent report on *ex parte* reexamination filings from the PTO.

6. Well-known intellectual property attorney and law professor, Harold Wegner, (and incidentally, a partner at Foley & Lardner, attorneys for the parties filing the 2nd reexam), has been reported in the San Diego Intellectual Property Lawyers Association journal as stating that "today the average ex parte reexamination takes about 5 years (vs. the PTO's claim that it takes 2 years). If an appeal to the CAFC is involved, that extends the period to 7.7 years."

//
//
//
//

1    7.    SRDT has conducted its own research and found over 90 completed
2  reexaminations that took in excess of seven years to complete.  Further, SRDT found
3  many other reexaminations for which no certificate has yet issued after many years
4  in the reexamination process.  Lists of these reexaminations is attached as Appendix
5  A and Appendix B to the Opposition brief.

7    Dated this 6th day of June, 2008.
8    SWORN TO under penalty of perjury of the laws of the United States and the
9  law of the State of California.

                        /s/ Melody A. Kramer
                        Melody A. Kramer, Esq.

# EXHIBIT A



### Dennis Crouch's Patently-O

Friday, June 6, 2008 3:13 AM

From: "Patent Law Blog (Patently-O)" <patent@gmail.com>
To: michael@kalerlaw.com

Dennis Crouch's Patently-O



### Ex Parte Reexamination

Posted: 05 Jun 2008 10:05 AM CDT

Through its attorneys Microsoft requested *ex parte* reexamination almost thirty Avistar patents. In recent days, the PTO denied Microsoft's request in 14 of those cases.

Standing alone, this denial does not appear to be big news — except for the fact that over 95% of requests for ex parte reexamination are granted. In FY 2003–07, for instance, the PTO reviewed 2389 requests for *ex parte* reexamination and only denied the request in 105 cases. (4.4%). (At this point, there is some possibility that the denials are procedural as the documents are not yet available on PAIR).

To be granted, a reexamination request must present a "substantial new question of patentability" that affects at least one claim of a patent. The request must be based on a prior art patent or publication. Prior public use or sale are not admissible as evidence in an *ex parte* reexamination proceeding (although affidavits explaining the prior art publications is admissible).

In general, there has been a rise in requests for *ex parte* reexamination. As the chart below demonstrates, increase is entirely due to an increase in requests for reexamination that are filed by third parties.



- **Statistics are from the USPTO Annual Report FY 2007** and other annual reports.
- **Avistar News Story**

## Some Design Patents That Have Been Litigated

Posted: 05 Jun 2008 10:31 AM CDT



**EXHIBIT B**



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  - March 31, 2008

1. Total requests filed since start of ex parte reexam on 07/01/81 .................. 9225[1]

    a. By patent owner                                              3520    38%
    b. By other member of public                                    5540    60%
    c. By order of Commissioner                                      165     2%

2. Number of filings by discipline

    a. Chemical Operation                                           2735    30%
    b. Electrical Operation                                         3111    34%
    c. Mechanical Operation                                         3379    36%

3. Annual Ex Parte Reexam Filings

| Fiscal Yr. | No.         | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No.     |
|------------|-------------|------------|-----|------------|-----|------------|---------|
| 1981       | 78 (3 mos.) | 1989       | 243 | 1997       | 376 | 2005       | 520     |
| 1982       | 187         | 1990       | 297 | 1998       | 350 | 2006       | 511     |
| 1983       | 186         | 1991       | 307 | 1999       | 385 | 2007       | 642     |
| 1984       | 189         | 1992       | 392 | 2000       | 318 | 2008       | 330 YTD |
| 1985       | 230         | 1993       | 359 | 2001       | 296 |            |         |
| 1986       | 232         | 1994       | 379 | 2002       | 272 |            |         |
| 1987       | 240         | 1995       | 392 | 2003       | 392 |            |         |
| 1988       | 268         | 1996       | 418 | 2004       | 436 |            |         |

4. Number known to be in litigation ................................ 2465    27%

5. Determinations on requests  ........................................ 8874

    a. No. granted ....................................... 8150 ......... 92%

        (1) By examiner                                               8037
        (2) By Director (on petition)                                  113

    b. No. denied ........................................  724 .......... 8%

        (1) By examiner                                                689
        (2) Order vacated                                               35

---

[1]Of the requests received in FY 2008, 28 requests have not yet been accorded a filing date, and preprocessing of 13 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.  Total examiner denials (includes denials reversed by Director) . . . . . . . . . . . . . . . . . . . . 802

    a.  Patent owner requester                      440         55%
    b.  Third party requester                       362         45%

7.  Overall reexamination pendency  (Filing date to certificate issue date)

    a.  Average pendency                                 24.1 (mos.)
    b.  Median pendency                                  18.8 (mos.)

8.  Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 28% | 12% | 26% |
| b. All claims cancelled | 7% | 13% | 21% | 10% |
| c. Claims changes | 70% | 59% | 67% | 64% |

9.  Total ex parte reexamination certificates issued (1981 - present) . . . . . . . . . . . . . . . . . . 6164

    a.  Certificates with all claims confirmed              1575    26%
    b.  Certificates with all claims canceled                658    10%
    c.  Certificates with claims changes                    3931    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates - PATENT OWNER REQUESTER . . . . . . . . . . . . . . . . . . . . . . . . . . . 2632

        (1) All claims confirmed                             595    23%
        (2) All claims canceled                              198     7%
        (3) Claim changes                                   1839    70%

    b.  Certificates - 3rd PARTY REQUESTER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3386

        (1) All claims confirmed                             962    28%
        (2) All claims canceled                              432    13%
        (3) Claim changes                                   1992    59%

    c.  Certificates - COMM'R INITIATED REEXAM . . . . . . . . . . . . . . . . . . . . . . . . . . . 146

        (1) All claims confirmed                              18    12%
        (2) All claims canceled                               30    21%
        (3) Claim changes                                     98    67%

C:\Documents and Settings\LKryza\My Documents\zkryza\Reexam Reports\REXSTATz xp Mar2008.wpd