1  SULLIVAN, HILL, LEWIN, REZ & ENGEL
   A Professional Law Corporation
2  Jeffrey D. Lewin, SBN 68202
   550 West "C" Street, Suite 1500
3  San Diego, California 92101
   Telephone: (619) 233-4100
4  Fax Number: (619) 231-4372

5  Attorneys for METABO CORPORATION

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 JENS ERIK SORENSEN, as Trustee of  )   Case No. 08-cv-0304 BTM CAB
   SORENSEN RESEARCH AND             )
   DEVELOPMENT TRUST,                )
12                                   )   **PROOF OF SERVICE**
                Plaintiff,           )
13                                   )
   v.                                )
14                                   )
   METABO CORPORATION, a Delaware    )
15 Corporation; METABOWERKE GMBH     )
   A German Corporation; and DOES 1-100, )
16                                   )
                Defendants.          )
17

18      I am employed in the City and County of San Diego by the law firm of Sullivan Hill Lewin

19 Rez & Engel, 550 West C Street, Suite 1500, San Diego, California 92101. I am over the age of 18

20 and not a party to this action.

21      On July 10, 2008, I served the attached document(s):

22      **Metabo Corporation's Amended Answer to Plaintiff's Complaint and Demand for Jury**

23 **Trial**

24 on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes

25 (except for facsimile transmission), addressed as shown below, for service as designated below:

26 A.   **BY U.S. MAIL.** I am readily familiar with Sullivan, Hill, Lewin, Rez & Engel's practice of
        collection and processing correspondence for mailing. Under that practice, documents are
27      deposited with the U.S. Postal Service on the same day which is stated in the proof of
        service, with postage fully prepaid at San Diego, California in the ordinary course of
28      business. I am aware that on motion of party served, service is presumed invalid if the postal

::ODMA\PCDOCS\PCDOCS\282356\1                1
                                    PROOF OF SERVICE

cancellation date or postage meter date is more than one day after the date stated in this proof of service.

B. **BY FACSIMILE** machine pursuant to Rule 2008(e). The recipient's name and fax number that I used are as shown below. The facsimile machine that I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), a transmission report was properly issued by the transmitting facsimile machine.

C. **OVERNITE EXPRESS.** I caused such envelopes to be deposited in the Overnite Express Drop Box at San Diego, California.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Overnite Express mailing. Under that practice it would be dropped in the drop box for the Overnite Express Service on that same day at San Diego, California in the ordinary course of business.

D. **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

E. **EMAIL PLEADINGS FILED THROUGH THE COURT.** Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

| SERVICE | ADDRESSEE | PARTY |
|---|---|---|
| E. | Melody A. Kramer<br>Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Ste. 1600<br>San Diego, CA 92121<br>858-362-3150 | Jens Erik Sorenson, et al. |
| E. | J. Michael Kaler<br>Kaler Law Offices<br>9930 Mesa Rim Road, Suite 200<br>San Diego, CA 92121<br>Tel: 858-362-3151 | Jens Erik Sorenson, et al. |

Executed on July 10, 2008 at San Diego, California.

　　　　　　　　　　　　　　　　　　　　　　／s/ Jeffrey D. Lewin
　　　　　　　　　　　　　　　　　　　　　　Jeffrey D. Lewin

::ODMA\PCDOCS\PCDOCS\282356\1         2

PROOF OF SERVICE